**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**PATRICIA DARNELL**                                                      **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 4:08cv96-TSL-LRA**

**BENCHMARK COACH & RV PARK,**                              **DEFENDANTS**
**INC.; SPITZKEIT, LLC; GREAT**
**SOUTH MANAGEMENT, INC.;**
**HARLAN J. CASON, JR.; ANN C.**
**CASON**

## ORDER

**CAME** for consideration Plaintiff's Voluntary Motion to Dismiss, wherein Plaintiff

requested that the Court dismiss the above-captioned litigation as a result of a settlement achieved

between the parties to this litigation, and the Court having considered same finds that Plaintiff's

Voluntary Motion to Dismiss is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Voluntary Motion to Dismiss is granted

and that the above-captioned litigation be dismissed, with each party to bear its own costs.

**SO ORDERED**, this the 9th day of  January,  2009.


                                                            /s/Tom S. Lee
                                                            UNITED STATES DISTRICT COURT JUDGE